**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 19, 2010**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO** P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24586

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Roberto Madrid and Elsa Madrid,<br>Debtors.<br>_____<br>U.S. Bank National Association as Trustee under Pooling and Servicing agreement dated as of March 1, 2006 Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2<br>　　　　Movant,<br>　vs.<br>Roberto Madrid and Elsa Madrid,<br>Debtors; Edward J. Maney, Trustee.<br>　　　　Respondents. | No. 2:09-bk-20627-RJH<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #38)<br><br>Hearing Date: May 12, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated January 1, 2006, and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association as Trustee under Pooling and

Servicing agreement dated as of March 1, 2006 Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2 is the current beneficiary and Roberto Madrid and Elsa Madrid, have an interest in, further described as:

THE FOLLOWING-DESCRIVED PROPERTY LOCATED IN MARICOPA COUNTY, ARIZONA; LOT 33, VILLAGE GROVE TWELVE, A SUBDIVISION RECORDED IN BOOK 88 OF MPAS, PAGE 29, RECORDS OF MARICOPA COUNTY, ARIZONA. A.P.N. #:131-03-035 9

IT IS FUTHER ORDERED the automatic stay is vacated for the sole purposes of pursuing a loan modification. In the event the loan modification is denied, this matter will be re-set on the court's calendar to further determine the stay relief at that time.